IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SUSANA PALACIOS-VALENCIA, on her
own behalf and on behalf of a class of
similarly situated persons; and
SOMOS UN PUEBLO UNIDO,

                         Plaintiffs,

vs.                                       No. 1:14-cv-01050 WJ-KBM

SAN JUAN COUNTY BOARD OF
COMMISSIONERS,

                         Defendant.

## ORDER GRANTING FINAL APPROVAL
## OF STIPULATON OF SETTLEMENT

THIS MATTER came before the Court upon Plaintiffs' Unopposed Motion for Final Approval of Stipulation of Settlement (Doc. 137) for final approval of the Stipulation of Settlement (Doc. 129-1) entered into by Plaintiffs Susana Palacios-Valencia, individually and on behalf of a settlement class defined herein ("Settlement Class"), and Somos Un Pueblo Unido on behalf of its members and the Settlement Class ("Plaintiffs"), on the one hand, and Defendant San Juan County Board of Commissioners ("County Defendant"), on the other hand (Plaintiffs and County Defendants are hereinafter collectively referred to as the "Parties"). The Court has considered the facts and legal authorities set forth in Plaintiffs' Unopposed Motion for Final Approval of Stipulation of Settlement and Plaintiffs' Application for Award of Attorneys' Fees and Costs (Doc. 138), and the affidavits submitted in support thereof. It has reviewed the terms of the Stipulation of Settlement; has considered the matters presented to the Court by the Parties

at the Final Fairness Hearing held on August 10, 2017; and has determined that there is good cause for final approval of the Stipulation of Settlement and entry of this Order. Therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The notice provided to Class Members of the Stipulation of Settlement was the best notice practicable under the circumstances, within the meaning of Federal Rule of Civil Procedure 23(c)(2)(B).

2. Zero objections were received from any Class Member to the Stipulation of Settlement. Two members of the Class opted out but also submitted claims.

3. The Court concludes that the Stipulation of Settlement was entered into in good faith, is reasonable, fair and adequate, and in the best interest of the Class, and should be and hereby is approved.

4. All claims in the Action as to the Released Persons as defined in the Stipulation of Settlement, including all claims for declaratory and injunctive relief, should be and hereby are dismissed with prejudice.

5. All Settlement Class Members as defined in the Stipulation of Settlement ("SCMs") are enjoined from asserting against any Released Person, any and all claims that the SCMs had, has or may have in the future arising out of the facts alleged in the Complaint.

6. Each Released Person is released from the claims which any SCM has, had or may have in the future, against such Released Person arising out of the facts alleged in the Complaint.

7. No person may assert any claim against the Class Representatives, Class Counsel, or Claims Administrator based on the distribution of the Settlement Fund made substantially in accordance with the Settlement Agreement and/or the orders of the Court.

8. Payments to SCMs shall be made as soon as practicable pursuant to the formula and procedure set forth in the Stipulation of Settlement.

9. Class Counsel are awarded reasonable attorneys' fees, costs and gross receipts in the total amount of $300,000.00, to be paid within 15 business days from the settlement fund.

10. Class Representative Susana Palacios-Valencia is awarded an incentive payment in the amount of $25,000.00 to be paid within 15 business days from the settlement fund.

11. Class Representative Somos un Pueblo Unido is awarded an incentive payment in the amount of $15,000.00 to be paid within 15 business days from the settlement fund.

12. The Court reserves continuing and exclusive jurisdiction over the Parties to the Stipulation of Settlement, including Defendants and SCMs, to administer, supervise, construe and enforce the Stipulation of Settlement in accordance with its terms for the mutual benefit of all the Parties.

IT IS SO ORDERED.

DATED: 8/10/17

_____
Honorable William P. Johnson
UNITED STATES DISTRICT COURT JUDGE

Submitted:

BIENVENU LAW OFFICE

/s/ *John C. Bienvenu*
John C. Bienvenu
P.O. Box 2455
Santa Fe, New Mexico 87504-2455
(505) 982-3813

COBERLY & MARTINEZ, LLLP

/s/ *Kristina Martinez*
Kristina Martinez
1322 Paseo de Peralta
Santa Fe, New Mexico 87501
(505) 989-1029

*Attorneys for Plaintiffs and the Class*


Approved:

EATON LAW OFFICE, P.C.

/s/ *P. Scott Eaton*
P. Scott Eaton
P.O. Box 25305
Albuquerque, New Mexico 87125
(505) 243-1486

*Attorneys for County Defendant*